IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JEFFREY A. SPENCE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 05-4392-CV-C-SWH |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is plaintiff's Application For Attorney Fees Under The Equal Access To Justice Act. (Doc. #17) The application requests an award of fees in the amount of $1,793.25, which represents 9.75 hours of attorney time at the rate of $147.00 per hour and 6.00 hours of paralegal time at the rate of $60.00 per hour. Plaintiff also requests reimbursement of the filing fee in the amount of $250.00. In response to plaintiff's request, defendant filed Defendant's Response To Plaintiff's Application For Attorney Fees Under the EAJA. (Doc. # 18) The Response indicates that the defendant does not oppose the award of attorney fees in the amount requested or the reimbursement of the filing fee from the Judgment Fund administered by the United States Treasury Department. Therefore, it is

ORDERED that plaintiff's Application For Attorney Fees Under The Equal Access To Justice Act (doc. # 17) is granted. Attorney's fees in the amount of $1,793.25 are hereby awarded payable to plaintiff's attorney, Russell C. Still of Harlan, Harlan and Still; it is further

ORDERED that pursuant to 31 U.S.C. § 1304, plaintiff is reimbursed $250.00 for the United

States District Court filing fee from the Judgment Fund administered by the United States Treasury Department.

                                                        */s/ Sarah W. Hays*
                                                          SARAH W. HAYS
                                                   UNITED STATES MAGISTRATE JUDGE