IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JEFFREY A. SPENCE,<br>    Plaintiff,<br>v.<br><br>JO ANNE B. BARNHART<br>*Commissioner of Social Security,*<br>    Defendant(s). | )<br>)<br>) No. 05-4392-CV-C-SWH<br>)<br>)<br>)<br>) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED**

    that plaintiff's Application for Award of Attorney's Fees under the Equal Access to Justice Act, (doc. #17), is granted. Attorney fees in the amount of $1,793.25 are hereby awarded payable to plaintiff's attorney, Russell C. Still of Harlan and Still.

**IT IS FURTHER ORDERED**

    that pursuant to 31 U.S.C. Section 1304, plaintiff is reimbursed $250.00 for the United States District Court filing fee from the Judgment Fund administered by the United State Treasury Department.

December 4, 2006                         Patricia L. Brune
Date                                           Clerk

                                                       */s/ Bonnie J. Rowland*
                                                       (by) Deputy Clerk